IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action: 17-cv-00919-STV | FTR - Reporter Deck - Courtroom C203 |
| Date: August 21, 2017 | Courtroom Deputy: Sabrina Grimm |

*Parties:*                                              *Counsel:*

GRACE S. HUITT,                                Marc Fitapelli (by telephone)

    Plaintiff,

v.

WILBANKS SECURITIES, INC.,              David Zisser
                                                              Krystyna Wamboldt
    Defendant.

### COURTROOM MINUTES

**MOTION HEARING**

**Court in session:   9:24 a.m.**

Court calls case.  Appearances of counsel.

Also present and attending by telephone, Aaron Wilbanks, Defendant's client representative.

This matter is before the Court on the Motion to Withdraw as Counsel of Record for Defendant Wilbanks Securities, Inc. [Doc. No. 27, filed 8/14/2017] and Motion for Enlargement of Time for Defendant to File Reply [Doc. No. 28, filed 8/14/2017].

Argument by counsel.

Defendant is advised that a company may not proceed pro se.

**ORDERED:   Defendant's Motion to Withdraw as Counsel of Record for Defendant Wilbanks Securities, Inc. [27] is GRANTED.  Attorneys Krystyna Wamboldt and David Zisser are relieved of any further**

        **representation.**

**ORDERED:** **Defendant's Motion for an Enlargement of Time for Defendant to File Reply [28] is GRANTED.  Defendant is permitted to file a reply to Defendant's Opposition to Petition to Confirm Arbitration Award and Cross-Motion to Vacate Arbitration Award [23] on or before September 15, 2017.  However, counsel is advised that the court may issue an order prior to the filing of the reply.**

Hearing concluded.

**Court in recess:**  9:36 a.m.
Time In Court:     00:12

To order a transcript of this proceeding, contact Stevens-Koenig Reporting at (303)988-8470.